THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

KRISTIN CARIDEO and CATHERINE
CANDLER, individually and on behalf of all
others similarly situated,

                Plaintiffs,

     v.

DELL, INC., a Delaware Corporation,

                Defendant.

No. C06-1772 JLR

**NOTICE OF SETTLEMENT**

      NOTICE IS HEREBY GIVEN that the parties have reached a tentative settlement in this action, which would resolve all claims against all parties.  The parties are currently preparing the settlement documents and will file papers with the Court seeking preliminary and final approval of the settlement pursuant to Fed. R. Civ. P. 23, as well as an order dismissing all claims with prejudice.

NOTICE OF SETTLEMENT - 1
CASE NO. C06-1772 JLR

DATED this 25th day of June, 2010.

TERRELL MARSHALL & DAUDT PLLC

By:   /s/ Beth E. Terrell, WSBA #26759
    Beth E. Terrell, WSBA #26759
    Email:  bterrell@tmdlegal.com
    Toby J. Marshall, WSBA #32726
    Email:  tmarshall@tmdlegal.com
    Jennifer Rust Murray, WSBA #36983
    Email:  jmurray@tmdlegal.com
    Marc Cote, WSBA #39824
    Email:  mcote@tmdlegal.com
    3600 Fremont Avenue North
    Seattle, Washington  98103
    Telephone:  (206) 816-6603
    Facsimile:   (206) 350-3528

    Anthony L. Vitullo, *Admitted Pro Hac Vice*
    Email:  lvitullo@feesmith.com
    FEE, SMITH, SHARP & VITULLO LLP
    Three Galleria Tower
    13155 Noel Road, Suite 1000
    Dallas, Texas  75240
    Telephone: (972) 934-9100
    Facsimile:  (972) 934-9200

    Kristen E. Law, *Admitted Pro Hac Vice*
    Email:  klaw@lchb.com
    LIEFF CABRASER HEIMANN & BERNSTEIN LLP
    275 Battery Street, 29th Floor
    San Francisco, California  94111-3339
    Telephone:  (415) 956-1000
    Facsimile:  (415) 956-1008

    Cynthia B. Chapman, *Admitted Pro Hac Vice*
    Email:  cbc@caddellchapman.com
    CADDELL & CHAPMAN, P.C.
    1331 Lamar Street, Suite 1070
    Houston, Texas  77010
    Telephone:  (713) 581-8295
    Facsimile:  (713) 751-0906

NOTICE OF SETTLEMENT - 2
CASE NO. C06-1772 JLR

TERRELL MARSHALL & DAUDT PLLC
3600 Fremont Avenue North
Seattle, Washington  98103
TEL. 206.816.6603 • FAX 206.350.3528

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

John L. Malesovas, *Admitted Pro Hac Vice*
Email:  john@malesovas.com
MALESOVAS & MARTIN
425 Austin Avenue 10th Floor
P.O. Box 1709
Waco, Texas  76703-1709
Telephone:  (254) 753-1777
Facsimile:  (254) 755-6400

Leslie Bailey
Email:  lbailey@publicjustice.net
PUBLIC JUSTICE, P.C.
555 Twelfth Street, Suite 1620
Oakland, California  94607
Telephone:  (510) 622-8150
Facsimile:  (510) 622-8155

F. Paul Bland, Jr., *Admitted Pro Hac Vice*
Email:  pbland@publicjustice.net
PUBLIC JUSTICE, P.C.
1825 K Street, NW, Suite 200
Washington, DC  20006
Telephone:  (202) 797-8600
Facsimile:  (202) 232-7203

*Attorneys for Plaintiffs*

NOTICE OF SETTLEMENT - 3
CASE NO. C06-1772 JLR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on June 25, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jeffrey I. Tilden, WSBA #12219
jtilden@gordontilden.com
Michael Rosenberger, WSBA #17730
mrosenberger@gordontilden.com
GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, Washington  98154-1007
Telephone: (206) 467-6477
Facsimile: (206) 467-6292

Paul Schlaud
pschlaud@reevesbrightwell.com
Kim Brightwell
kbrightwell@reevesbrightwell.com
Beverly G. Reeves
breeves@reevesbrightwell.com
Sinead O'Carroll
socarroll@reevesbrightwell.com
Ryan Pierce
rpierce@reevesbrightwell.com
REEVES & BRIGHTWELL, LLP
221 West Sixth Street, Suite 1000
Austin, Texas  78701-3410
Telephone: (512) 334-4500
Facsimile: (512) 334-4492

*Attorneys for Defendant*

NOTICE OF SETTLEMENT - 4
CASE NO. C06-1772 JLR

DATED this 25th day of June, 2010.

TERRELL MARSHALL & DAUDT PLLC

By: /s/ Beth E. Terrell, WSBA #26759
   Beth E. Terrell, WSBA #26759
   Email:  bterrell@tmdlegal.com
   3600 Fremont Avenue North
   Seattle, Washington  98103
   Telephone:  (206) 816-6603
   Facsimile:   (206) 350-3528

*Attorneys for Plaintiffs*

NOTICE OF SETTLEMENT - 5
CASE NO. C06-1772 JLR

TERRELL MARSHALL & DAUDT PLLC
3600 Fremont Avenue North
Seattle, Washington  98103
TEL. 206.816.6603 • FAX 206.350.3528